TIME, INCORPORATED, Appellant, *v.* LIFE COLOR LABORATORY, INC.. Respondent.

Argued March 3, 1952; decided April 17, 1952.

*Harold R. Medina, Jr.,* and *Albert Rosenblum* for appellant.
*Andrew Eckel* and *Richard T. Graham* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.